UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AMANDA B. JARMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>FRANKLIN COLLECTION SERVICE, INC.<br><br>       Defendant. | ) Case No.: 5:17-CV-00249-OLG<br>)<br>)<br>)<br>)<br>)<br>) **STIPULATION OF DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby stipulated and agreed by and between counsel for Plaintiff AMANDA

JARMAN and Defendant FRANKLIN COLLECTION SERVICE, INC., that the above-entitled

action is hereby dismissed with prejudice, and without attorneys' fees and costs against any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: January 5, 2018

Respectfully Submitted,

**On behalf of Plaintiff:**

/s/Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
78 John Miller Way Suite 430
Kearny, NJ 07032
Tel: (862) 227-3106
Email: dz@zemellawllc.com

**On behalf of Defendant:**

/s/ David C. Sander
David C. Sander

Texas Bar No. 00788348
602 West 11th Street
Austin, TX 78701
Tel: (512) 478-4651
E-mail: dsander@sbylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2017 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ecf filing system.

/s/ Daniel Zemel
Daniel Zemel